IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
HELENA DIVISION

MARLON T. TALLEY                                                            PETITIONER

V.                             NO: 2:06CV00055  GH-JFF

LINDA SANDERS, Warden,
FCI-Forrest City, Arkansas;
and UNITED STATES BUREAU
OF PRISONS                                                                  RESPONDENTS

## JUDGMENT

Pursuant to the Proposed Findings and Recommendations filed in this matter, it is Considered, Ordered, and Adjudged that Petitioner's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is dismissed without prejudice.

IT IS SO ADJUDGED this 27th day of April, 2006.

_____
UNITED STATES DISTRICT JUDGE